UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Roy,<br><br>       Plaintiff,<br><br>  -against-<br><br>U.S. Department of Homeland Security et al.,<br><br>       Defendants. | 24-CV-8763 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The complaint alleges that venue is proper in the Southern District of New York under 28 U.S.C. § 1391(e) "because [p]laintiff resides in this judicial district and no real property is involved in the action." Dkt. 1 ¶ 7. However, later in the complaint plaintiff states that he "resides at 536 39th Street, Brooklyn, NY 11232," *id.* ¶ 10, which indicates that venue is proper in the Eastern District of New York instead.

  By November 27, 2024, plaintiff should either file an amended complaint that alleges venue in the Southern District or voluntarily dismiss this case for refiling in the Eastern District.

  SO ORDERED.

Dated: November 20, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge